No. 685. PALMER ET AL. *v.* MASSACHUSETTS. March 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Edward R. Brumley* and *R. Ammi Cutter* for petitioners. *Messrs. Paul A. Dever* and *Edward O. Proctor* for respondent.

No. 708. ROYAL INDEMNITY CO. *v.* WOODBURY GRANITE CO. ET AL. March 27, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia granted. *Messrs. William F. Kelly* and *P. J. J. Nicolaides* for petitioner. *Messrs. Joseph Fairbanks* and *Edward Stafford* for Woodbury Granite Co. et al.; and *Mr. Louis M. Denit* for American Blower Co., respondents.

No. 701. STANDARD BRANDS, INC. *v.* NATIONAL GRAIN YEAST CORP. March 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted, limited to the question of the validity of Hayduck Patents Nos. 1,449,103; 1,449,105; and 1,449,106. *Mr. Charles P. Bauer* for petitioner. *Mr. Stephen H. Philbin* for respondent.

No. 772. H. P. HOOD & SONS, INC., ET AL. *v.* UNITED STATES ET AL.; and

No. 809. WHITING MILK CO. *v.* SAME. March 27, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Charles B. Rugg, Warren F. Farr, H. Brian Holland, Archibald Cox,* and *Edward F. Merrill* for petitioners in No. 772. *Mr. Lawrence C. Jones,* Attorney General of Vermont, filed a memorandum, by leave of Court, in support of petitioners in No. 772. *Messrs. John M. Ray-*